UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN W. MINTER, ON BEHALF OF THE
WRONGFUL DEATH HEIRS OF WILLIAM
ROBERT MINTER                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:09cv114-DPJ-JCS

SHOWCASE SYSTEMS, INC., ET AL.                                        DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C.

§ 455 (2000).  It has come to the Court's attention that the undersigned's former law firm

represents the Defendant General Conveyor Company, Ltd.  Therefore, it is appropriate under the

standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further

proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 22th day of May, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE